FILED

03/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0696

**IN THE MATTER OF D.A., L.A., and F.A.,**

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant's Father's one week motion for extension of time,

IT IS HEREBY ORDERED that Appellant Father is granted an extension of time to and including March 31, 2023, within which to prepare, file, and serve his opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 20 2023